# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

VICTOR MCCLENDON

NO. 2024 KW 1097

**JANUARY 29, 2025**

---

In Re:   Victor McClendon, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 08-02-0510.

---

BEFORE:   **WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.** The new rule of criminal procedure announced in **Ramos v. Louisiana**, 590 U.S. 83, 140 S.Ct. 1390, 206 L.Ed.2d 583 (2020), which provides for unanimity in jury verdicts is not retroactive in Louisiana. **State v. Reddick**, 2021-01893 (La. 10/21/22), 351 So.3d 273, 283. See also **State v. Jackson**, 2022-00720 (La. 5/16/23), 360 So.3d 473 (per curiam). Relator's conviction became final in 2006, following the Louisiana Supreme Court's denial of his writ application. See La. Code Crim. P. art. 922(D). Therefore, relator's application for postconviction relief is untimely and he failed to demonstrate that the Article 930.8 exceptions are applicable to his case.

EW
SMM
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT